IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AUSTIN EDWARD LIGHTFEATHER,

Plaintiff,

vs.

CORPRAL JAMES, in his individual and official compacity; CORPRAL GALENDO, in his individual and official compacity; JOHN DOES, and JANE DOES, if any later in Findings;

Defendants.

**8:26CV619**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. Plaintiff Austin Edward Lightfeather filed a complaint on October 14, 2026, in which he names Corporal James, Corporal Galendo, and John and Jane Does as defendants. Filing No. 1. Plaintiff refers to two separate grievances he filed against James and Galendo and states he has provided them in a separate envelope. Filing No. 1 at 1–2. Also on October 14, 2026, the Court received a document from Plaintiff titled "New case . . . pro se civil action," which the Court docketed as a separate civil complaint in Case No. 8:26CV618. The document in 8:26CV618 consists of a single page listing James and Galendo as defendants and states that "[g]rievances are attached in this filing," and the two grievances Plaintiff referenced in the complaint in this case are attached to the document. Filing No. 1, Case No. 8:26CV618.

Upon examination, the Court concludes Plaintiff's complaint in the present case was intended to be filed together with the grievances docketed as a complaint in Case No. 8:26CV618. Accordingly,

IT IS ORDERED that:

1. The Clerk of the Court is directed to close this case for statistical purposes.

2. The Clerk of the Court is directed to file Plaintiff's complaint, Filing No. 1, as an attachment to and continuation of the complaint in Case No. 8:26CV618.

3. Any document Plaintiff sends to the Court for filing in relation to his grievance-based claims against Defendants James and Galendo must be filed only in case number 8:26CV618 as this case will be closed.

Dated this 16th day of October, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge